F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912
*Attorney for Defendant,*
*Bronco Sports Properties, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOLLAR LOAN CENTER IDAHO, LLC an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRONCO SPORTS PROPERTIES, LLC, a Missouri limited liability company; DOE individuals I through X, inclusive; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.:   2:24-cv-01259-APG-MDC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT, BRONCO SPORTS PROPERTIES, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

**STIPULATION**

Plaintiff DOLLAR LOAN CENTER IDAHO, LLC ("Plaintiff"), by and through its attorneys of record, the law firm of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and Defendant BRONCO SPORTS PROPERTIES, LLC ("Defendant"), by and through the law firm of HOLLEY DRIGGS, respectfully submit the following Stipulation and Order Extending Deadline for Defendant to Respond to Plaintiff's Complaint (the "Stipulation").

1.   On May 30, 2024, Plaintiff initiated this matter with the filing of its Complaint in the Eighth Judicial District Court of the State of Nevada.

2.   Plaintiff served the Summons and Complaint on Defendant's registered agent for service of process in Missouri on June 13, 2024.

3.   Defendant's original deadline for answering Plaintiff's Complaint was July 5, 2024.

4.      To accommodate the schedule of counsel for Defendant, on July 2, 2024, Plaintiff agreed to extend Defendant's deadline to respond to the Complaint thirty (30) days, up to and through August 5, 2024.

5.      On July 12, 2024, Defendant removed this matter to U.S. District Court, District of Nevada, on the basis of diversity jurisdiction.

6.      By Stipulation and Order entered on July 17, 2024 (Doc. No. 6), the parties formalized, and the Court approved, their agreement to extend Defendant's deadline to respond to the Complaint up to and through August 5, 2024.

7.      In a letter dated July 22, 2024, counsel for Plaintiff asserted that a member of Plaintiff is a citizen of the same state as Defendant and offered to provide supporting documentation, subject to the protection of a Confidentiality Agreement, to substantiate that assertion. The parties are currently negotiating the final terms of that Confidentiality Agreement, and upon execution of said Confidentiality Agreement, documentation regarding Plaintiff's citizenship will be provided to Defendant. Receipt and review of this information is necessary to inform whether Defendant will agree to stipulate to a remand of the case to state court.

8.      The parties do not want to burden the Court with a response to the Complaint until the issue of citizenship and diversity jurisdiction is resolved.

9.      In light of this posture, and for purposes of efficiency and judicial economy, the parties request an additional twenty-one (21) day extension for Defendant to respond to the Complaint, up to and through August 26, 2024.

10.      This is the second requested extension of the deadlines herein. This request is proposed in good faith and not for any purpose of delay.

///
///
///
///
///
///

11. By submitting this Stipulation, no party is consenting to jurisdiction in Nevada, waiving or relinquishing any rights, claims or defenses, and each expressly reserves all rights, claims and defenses.

IT IS SO STIPULATED.

DATED: July 31, 2024

**HOLLEY DRIGGS**

*/s/ F. Thomas Edwards*
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: tedwards@nevadafirm.com

*Attorney for Defendant,*
*Bronco Sports Properties, LLC*

DATED: July 31, 2024

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Patrick J. Reilly*
PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
CHELSEE C. JENSEN, ESQ.
Nevada Bar No. 14549
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: preilly@bhfs.com
Email: cjensen@bhfs.com

*Attorneys for Plaintiff,*
*Dollar Loan Center Idaho, LLC*

16047-01/Bronco 2nd SAO(30470739.1).docx

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's deadline to respond to Plaintiff's Complaint is extended to August 26, 2024.

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

DATED: 8/2/2024