F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:	702/791-0308
Facsimile:	702/791-1912
*Attorney for Defendant,*
*Bronco Sports Properties, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOLLAR LOAN CENTER IDAHO, LLC an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRONCO SPORTS PROPERTIES, LLC, a Missouri limited liability company; DOE individuals I through X, inclusive; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.:	2:24-cv-01259-APG-MDC<br><br>**STIPULATION AND ORDER REMANDING CASE TO THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA** |

Plaintiff DOLLAR LOAN CENTER IDAHO, LLC ("Plaintiff"), by and through its attorneys of record, the law firm of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and Defendant BRONCO SPORTS PROPERTIES, LLC ("Defendant"), by and through by and through its attorney of record, the law firm of HOLLEY DRIGGS, respectfully submit the following Stipulation and Order Remanding Case to the Eighth Judicial District Court of the State of Nevada.

1.  On May 30, 2024, Plaintiff initiated this matter with the filing of its Complaint in the Eighth Judicial District Court of the State of Nevada.

2.  Plaintiff served the Summons and Complaint on Defendant's registered agent for service of process in Missouri on June 13, 2024.

3.  Defendant's original deadline for answering Plaintiff's Complaint was July 5, 2024.

///

///

16047-01/3221175.docx

4. To accommodate the schedule of counsel for Defendant, on July 2, 2024, Plaintiff agreed to extend Defendant's deadline to respond to the Complaint thirty (30) days, up to and through August 5, 2024.

5. On July 12, 2024, Defendant removed this matter to U.S. District Court, District of Nevada, on the basis of diversity jurisdiction.

6. By Stipulation and Order entered on July 17, 2024 (Doc. No. 6), the parties formalized, and the Court approved, their agreement to extend Defendant's deadline to respond to the Complaint up to and through August 5, 2024.

7. The parties further stipulated, and the Court approved, an additional twenty-one (21) day extension for Defendant to respond to the Complaint, up to and through August 26, 2024. (Doc. No. 9).

8. On August 9, 2024, Plaintiff filed a Motion to Remand. (Doc. No. 10).

9. The parties hereby stipulate and agree to remand this case to the Eighth Judicial District Court of the State of Nevada.

10. As a result of the parties' Stipulation and agreement to remand, Plaintiff withdraws its Motion to Remand (Doc. No. 10) and does not request fees and costs under 28 U.S.C. § 1447(c).

11. Upon remand of the case to the Eighth Judicial District Court of the State of Nevada, Defendant will move, plead, or otherwise respond to Plaintiff's Complaint within the timeframe prescribed by Nevada Rule of Civil Procedure 81.

12. By submitting this Stipulation, no party is consenting to jurisdiction or venue in Nevada, nor is any party waiving or relinquishing any rights, claims or defenses, and each

///
///
///
///
///
///
///

- 2 -

16047-01/3221175.docx

expressly reserves all rights, claims and defenses.

DATED: August 23, 2024

**HOLLEY DRIGGS**

*/s/ F. Thomas Edwards*
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:   (702) 791-0308
Facsimile:    (702) 791-1912
Email: tedwards@nevadafirm.com

*Attorney for Defendant,*
*Bronco Sports Properties, LLC*

DATED: August 23, 2024

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Patrick J. Reilly*
PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
CHELSEE C. JENSEN, ESQ.
Nevada Bar No. 14549
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:   (702) 382-2101
Facsimile:    (702) 382-8135
Email: preilly@bhfs.com
Email: cjensen@bhfs.com

*Attorneys for Plaintiff,*
*Dollar Loan Center Idaho, LLC*

## ORDER

**IT IS HEREBY ORDERED** that this case is remanded to the Eighth Judicial District Court of the State of Nevada.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 26, 2024

- 3 -

16047-01/3221175.docx